UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MAPARO RAMADHAN,

                         Plaintiff,

v.                                          5:10-CV-103
                                                   (GHL)

ONONDAGA COUNTY, ONONDAGA COUNTY
SHERIFF'S OFFICE, KEVIN WALSH, in his official
capacity as Onondaga County Sheriff, LORENZO
BOOKER, WILLIAM PUFKY, TODD CERIO,
KATHLEEN VICKERS, JOSEPH O'NEIL,
KEVIN MOORE, JANE DEMARCO, ROBERT WOLFE,
DOUGLAS PANINSKI, ANTHONY GORGONI,
CHRIS WILSON, NEAL DESTEFANO, and
ALEX CAPRILOZZI, all in their official capacities as
employees of the Onondaga County Sheriff's Office, and
DONNA CONKLIN and NURSE SHIELDS,
in their official capacities as nurses employed
by Onondaga County,

                        Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LEGAL SERVICES OF CENTRAL NEW YORK<br>472 South Salina Street<br>Suite 300<br>Syracuse, NY 13202 | SAMUEL C. YOUNG, ESQ. |
| GORDON J. CUFFY, ESQ.<br>ONONDAGA COUNTY ATTORNEY<br>421 Montgomery Street, 10th Floor<br>Syracuse, NY 13202 | MARY J. FAHEY, ESQ.<br>JOHN W. SHARON, ESQ. |

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

      Currently pending before the Court is Defendants' motion for summary judgment

pursuant to Federal Rule of Civil Procedure 56.  (Dkt. No. 34.)  Plaintiff filed a response, (Dkt. No. 38) Defendants filed a reply, (Dkt. No. 41) and, with the Court's permission, Plaintiff filed a surreply.  (Dkt. No. 46.)  For reasons that will be set forth in a Memorandum-Decision to be filed shortly, Defendants' motion is granted in part and denied in part.

**ACCORDINGLY**, it is

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 34) is GRANTED in part and DENIED in part**;** and it is further

**ORDERED** that Plaintiff's § 1983 and Title VI claims are dismissed; and it is further

**ORDERED** that this matter is to proceed to trial on Plaintiff's claims under state law of assault, battery, negligence, and negligent failure to train and supervise.

**IT IS SO ORDERED.**

Dated: December 30, 2011
       Syracuse, New York

_____
George H. Lowe
United States Magistrate Judge