UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MAPARO RAMADHAN,

                                    Plaintiff,

                                                                5:10-CV-103
v.                                                              (GHL)

ONONDAGA COUNTY, ONONDAGA COUNTY
SHERIFF'S OFFICE, KEVIN WALSH, in his official
capacity as Onondaga County Sheriff, LORENZO
BOOKER, WILLIAM PUFKY, TODD CERIO,
KATHLEEN VICKERS, JOSEPH O'NEIL,
KEVIN MOORE, JANE DEMARCO, ROBERT WOLFE,
DOUGLAS PANINSKI, ANTHONY GORGONI,
CHRIS WILSON, NEAL DESTEFANO, and
ALEX CAPRILOZZI, all in their official capacities as
employees of the Onondaga County Sheriff's Office, and
DONNA CONKLIN and NURSE SHIELDS,
in their official capacities as nurses employed
by Onondaga County,

                                    Defendants.
_____

APPEARANCES:                                    OF COUNSEL:

LEGAL SERVICES OF CENTRAL NEW YORK             SAMUEL C. YOUNG, ESQ.
472 South Salina Street
Suite 300
Syracuse, NY 13202

GORDON J. CUFFY, ESQ.                           MARY J. FAHEY, ESQ.
ONONDAGA COUNTY ATTORNEY                        JOHN W. SHARON, ESQ.
421 Montgomery Street, 10th Floor
Syracuse, NY 13202

GEORGE H. LOWE, United States Magistrate Judge

## **ORDER**

Currently pending before the Court is Defendants' motion for summary judgment

pursuant to Federal Rule of Civil Procedure 56.  (Dkt. No. 34.)  Plaintiff filed a response, (Dkt.

No. 38) Defendants filed a reply, (Dkt. No. 41) and, with the Court's permission, Plaintiff filed a

surreply.  (Dkt. No. 46.)  For reasons that will be set forth in a Memorandum-Decision to be filed

shortly, Defendants' motion is granted in part and denied in part.

     **ACCORDINGLY**, it is

     **ORDERED** that Defendants' motion for summary judgment (Dkt. No. 34) is GRANTED

in part and DENIED in part**;** and it is further

     **ORDERED** that Plaintiff's § 1983 and Title VI claims are dismissed; and it is further

     **ORDERED** that this matter is to proceed to trial on Plaintiff's claims under state law of

assault, battery, negligence, and negligent failure to train and supervise.

     **IT IS SO ORDERED.**


Dated: December 30, 2011
      Syracuse, New York


                George H. Lowe
                United States Magistrate Judge